UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 12-1271-DMG (PLAx) | Date | December 26, 2012 |
|---|---|---|---|
| Title | Manuel Rios v. The Board of Trustees of the California State University, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS  -  ORDER AND NOTICE TO PARTIES

On December 6, 2012, the Court ordered plaintiffs to show cause in writing, no later than December 20, 2012, why the above entitled action should not be dismissed for failure to prosecute.  To date, plaintiff has not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.